IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:
JOYCE A NICE                                          CASE NO. 05-05500
                                                      CHAPTER 13

        Debtor.


**TRANSMITTAL OF UNCLAIMED FUNDS**


Helen M. Morris, Chapter 13 Trustee, reports the following:

        (1)    Checks listed below were mailed to creditors and returned to this office marked
insufficient address and/or forwarding order expired or cancelled automatically 90 days after
final distribution.  The check numbers, the names of the persons to whom such unnegotiated
checks were issued, the amount of such checks, and their last known addresses are:

                                QUIK PAYDAY
                             87 EAST 1400 NORTH
                             LOGAN, UT 84341-2354

        (2)    Your Trustee's check for $26.15 payable to the Clerk of the Court is attached to this report
and list.  In the event, this amount is different than the amount previously paid to the above
creditor, the difference is due to change in the trustee fee during the pendency of the case.

        (3)    Nothing further remains to be done in this case.


Dated:


Helen M. Morris
Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303